RECEIVED
IN ALEXANDRIA, LA.

JUL 0 2 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES RUBIN BLAND<br>LA. DOC. #99643 | CIVIL ACTION NO. 08-1625 |
| VS. | SECTION P<br>JUDGE DRELL |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** that Claims 7, 8, 9 and 10 of this petition for *habeas corpus* should be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d); and that Claims 1, 2, 3, 4, 5 and 6 of this petition should be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner has failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this １st day of July, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE